**SENTIUS CORPORATION,**
**Plaintiff–Appellant,**

v.

**FLYSWAT INC., Defendant–Appellee.**

**No. 04–1086.**

United States Court of Appeals,
Federal Circuit.

DECIDED: Feb. 18, 2004.

Thomas J. Friel, Jr., Lori R.E. Ploeger, Cooley Godward, Palo Alto, CA, Brian E. Mitchell, Cooley Godward, San Francisco, CA, for Defendant–Appellee.

Robert J. Yorio, Carr & Ferrell, Palo Alto, CA, for Plaintiff–Appellant.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).